IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE L. MAYES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-22-437-C |
| | ) | |
| JANET DOWLING, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on August 25, 2022. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, nor has Petitioner complied with the filing restrictions set out in Case No. CIV-22-27-C, Order Adopting Report and Recommendation (Dkt. No. 12). Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 8) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 20th day of September 2022.

ROBIN J. CAUTHRON
United States District Judge